UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HICHAM AZKOUR,

                          Plaintiff,

-v-

JEAN-YVES HAOUZI, *et al.*,

                          Defendants.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-25-13

No. 11 Civ. 5780 (RJS)
ORDER TO SHOW CAUSE

RICHARD J. SULLIVAN, District Judge:

    The Court is now in receipt of the attached letter from Defendants' counsel. The letter identifies several insulting and possibly threatening comments in Plaintiff's objection to the Honorable Kevin Nathaniel Fox's order denying Plaintiff's motion to amend his complaint. (Doc. No. 131.)

    The Court has already addressed in a previous order Plaintiff's inappropriate behavior. (Doc. No. 19.) As the Court made clear in that Order, if Plaintiff cannot abide by normal standards of decorum, the Court must consider sanctions. (*Id.* at 2–3.) Accordingly, IT IS HEREBY ORDERED that, no later than November 4, 2013, Plaintiff shall show cause why the Court should not sanction Plaintiff for filing a harassing submission. *See* Fed. R. Civ. P. 11(b)(1). Defendants shall submit any response to Plaintiff's submission no later than November 12, 2013. All submissions shall be double-spaced and five pages or less. Single-spaced or one-and-a-half-spaced pages will be counted as two pages, and any pages beyond the third page will not be read.

SO ORDERED.

Dated:      October 25, 2013
             New York, New York

                                                                                        RICHARD J. SULLIVAN
                                                                                         UNITED STATES DISTRICT JUDGE

2

A copy of this Order has been sent by e-mail to:

Hicham Azkour
hicham.azkour@gmail.com

2

**HOFFMANN & ASSOCIATES**
Attorneys at Law
450 Seventh Avenue, Suite 1400
New York, New York 10123
Tel. (212) 679-0400
Fax (212) 679-1080

ANDREW S. HOFFMANN*

TRAM D. LOPRESTO

*Admitted in New York and Ohio

October 21, 2013

**Via Email: sullivannysdchambers@nysd.uscourts.gov**
Hon. Richard J. Sullivan, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 640
New York, NY 10007

           Re:  Azkour v. Haouzi, et. al
              11 Civ. 5780 (RJS)(KNF)

Dear Judge Sullivan,

    As the Court is aware, we represent defendants in the above-captioned matter.

    I write to the Court in response to plaintiff's pleading entitled "Objection to the Hon. Fox's Order Denying Plaintiff's Second Request for Leave to Amend his Third Amended Complaint" which was filed on October 18, 2013 (Docket Entry No. 131).

    While it is our determination that defendants need not respond substantively to this motion, which is patently frivolous, I do wish to bring to the Court's attention plaintiff's flagrant violation of Your Honor's prior direction that he refrain from *ad hominen* attacks on the undersigned. In his latest pleading, plaintiff refers to me as a "big nothing," "all hat no cattle" and a "pretentious seventh grade pupil," who "uses big words without knowing their meaning." Id. at p. 19. He also refers to me as a "champion of dishonesty" and accuses me of "psychotically" complaining to the Court about his violent tendencies. Id. at p. 19. Plaintiff also ominously suggests that he possesses skills "that require federal security clearance" which to my mind is a not too subtle threat. Id. at fn. 12.

    This is not plaintiff's first or second violation of the Court's clear directive. As I have previously stated, I am a lawyer simply representing a client in this matter and should not have to be subjected to such comments or threats. I respectfully request that plaintiff be admonished for his continuing violations of the Court's prior Order.

Plaintiff also claims that I violated the Court's prior Order prohibiting direct communication with him by email. In truth, Magistrate Judge Fox's Order (Docket Entry No. 130) required me to meet or confer with plaintiff to discuss a proposed scheduling order. For obvious reasons, I have no desire to meet or speak with plaintiff, and thus thought it best to attempt to communicate with him by email. Given the directive issued by Magistrate Judge Fox, I respectfully contend that my decision to email plaintiff did not violate the Court's prior Order.

                    Respectfully submitted,

                    Andrew S. Hoffmann

cc:    Hicham Azkour
       Kevin N. Fox, U.S.M.J.