UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HICHAM AZKOUR,

                Plaintiffs,

-v-

JEAN-YVES HAOUZI, *et al.*,

                Defendants.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-1-13
```

No. 11 Civ. 5780 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    Now before the Court is Plaintiff's motion to sanction Defendants and their counsel. (Doc. No. 134.) The letter raises two issues: (1) alleged false accusations by Defendants' counsel, and (2) alleged violations by Defendants' counsel of a prior court order. The Court finds that Plaintiff's allegations of false accusations by Defendants' counsel have no merit. None of Defendants' counsel's statements have exceeded – or even approached – the boundaries of proper and ethical behavior. The Court also finds that Defendants' counsel has not violated any previous court order. The Court previously ordered Defendants to serve copies of all correspondence on Plaintiff by regular mail. (Doc. No. 60.) Nothing in that Order, however, forbids email communication in addition to regular mail communication. Moreover, as far as the Court can tell, the emails sent were entirely mundane and would have been standard practice in normal litigation. Nevertheless, going forward, Defendants may find it simpler to avoid email communication with Plaintiff. Accordingly, IT IS HEREBY ORDERED THAT Plaintiff's motion is DENIED.

SO ORDERED.

Dated:    November 1, 2013
             New York, New York

                                              RICHARD J. SULLIVAN
                                              UNITED STATES DISTRICT JUDGE