The Hon. Kevin N. Fox, U.S.M.J.  ← HICHAM AZKOUR
Thurgood Marshall  ← 93 Pitt Street,
United States Courthouse  Apt. 3B
Room 228  New York, NY 10002
40 Foley Square
New York, NY 10007  ← Email:
hicham.azkour@gmail.com

January 23, 2014

**Hand Delivered**



Re: *Azkour v. Haouzi, et al.*, <u>11-cv-5780 (RJS)(KNF)</u>

Dear Judge Fox:

    I am pro se plaintiff ("Plaintiff") in the above-referenced matter and respectfully requests that the Court *compel* the defendants to file their up-to-date, supplemental disclosure statement in the instant matter pursuant to Rule 7.1(b) of the Federal Rules of Civil Procedure.

    Upon information and belief, defendant Little Rest Twelve, Inc. is now owned by different entities and/or individuals and any prior disclosure statement that was filed with this Court, whether in the present action or a related one, is obsolete.

    Plaintiff also respectfully requests that counsel to the defendants make his client, **defendant Jean-Yves Haouzi**, available to testify during his deposition, which is scheduled on February 14, 2014, at 10:30 AM, and will take place at 500 Pearl Street, New York, New York, 10007, in the conference room provided by the administration of the United States District Court for the Southern District of New York.

1

The Court is prayed to resolve any disclosure omissions from the part of the defendants as soon as practicable. Thus, we may meet the discovery completion deadline set by the Court on February 28, 2014.

Respectfully submitted,

HICHAM AZKOUR, pro se