USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/19/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
HICHAM AZKOUR,

        Plaintiff,

-against-

        ORDER

JEAN-YVES HAOUZI, FRANCK MAUCORT,
JESSICA COMPERIATI, LITTLE REST
TWELVE, INC.,

        11 Civ. 5780 (RJS)(KNF)

        Defendants.
------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

        A conference was held with counsel to the defendants and plaintiff pro se on February 13, 2014, to address certain discovery disputes that had been brought to the Court's attention via correspondence. As a result of the discussion had during the conference, IT IS HEREBY ORDERED that:

1. on or before March 13, 2014, the plaintiff shall serve and file a motion to compel, pursuant to Rule 37 of the Federal Rules of Civil Procedure and a motion, pursuant to Rule 36 of the Federal Rules of Civil Procedure, regarding the sufficiency of an answer(s) or objection(s) made by the defendants with respect to the plaintiff's request(s) for admission; and

2. the defendants' responses to the motions and any replies by the plaintiff shall be served in accordance with Local Civil Rule 6.1(a) of this court and filed with the Clerk of Court.

Dated: New York, New York
       February 18, 2014

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

Copy mailed to:

Hicham Azkour