Hon. Richard J. Sullivan, U.S.D.J.
Thurgood Marshall
United States Courthouse
Courtroom 905
40 Foley Square
New York, NY 10007

Hicham Azkour
93 Pitt Street
Apt 3B
New York New York 10002


(917) 859-6550
hicham.azkour@gmail.com

March 9, 2017

Via ECF

Re: *Azkour v. Haouzi, et al.*, 11-cv-5780 (RJS)

Dear Judge Sullivan:

    I write to respectfully remind this Court that the parties' cross-motions for summary judgment in the above-reference matter have been pending since December 18, 2014. A Report & Recommendation submitted by the Honorable Kevin N. Fox, U.S.M.J., to his Court regarding said motions has been pending since July 24, 2015. By all standards, this is an extraordinarily substantial delay to have a simple case, such as the present one, resolved by a district court. The Court is informed that I have not abandoned and will not abandon this case until resolved.

    Delays in the resolution of civil disputes erode public confidence in the civil justice system, disappoint and frustrate those seeking compensation through the legal system, and generate benefits for those with the financial ability to withstand delays or otherwise benefit from them. Such factors undermine public faith and confidence in the ability of our civil justice system to operate efficiently and, more importantly, equitably.

    **WHEREFORE**, I respectfully request that the Court timely make a decision on the July 24, 2015 Report & Recommendation.

Respectfully submitted,

Hicham Azkour, *pro se*